UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESTATE OF MICHAEL ROWLAND, by and through its personal representative, Karen Rowland, and in her individual capacity, et al.,<br><br>Plaintiffs,<br>v.<br><br>KING COUNTY et al.,<br><br>Defendants. | CASE NO. 2:24-cv-01240-LK<br><br>ORDER OF DISMISSAL OF DEFENDANT DOW CONSTANTINE |

This matter comes before the Court on the parties' Stipulation of Dismissal of Defendant Dow Constantine. Dkt. No. 21. Pursuant to the parties' stipulation, this action is hereby DISMISSED with prejudice as to Defendant Dow Constantine only, with each party bearing its own attorney's fees and costs. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated this 8th day of November, 2024.

Lauren King
United States District Judge

ORDER OF DISMISSAL OF DEFENDANT DOW CONSTANTINE - 1